APPEAL No. 75-49. RICHARD D. WORRELL *et al. v.* FRANK A. DELSESTO *et al.* Motion of plaintiffs that instant appeal be treated as a petition for writ of certiorari is granted. Plaintiffs are directed to file a new petition for writ of certiorari in the correct form. Motion of defendants to dismiss the appeal is denied. *Edwards & Angell, Deming E. Sherman,* for plaintiffs. *Milton Bernstein,* for defendants.

APPEAL No. 75-82. ABRAHAM BADWAY *v.* ANTHONY SALVATO. Motion of the appellee to dismiss the appeal is granted unless appellant files his brief within 30 days from the date of this order. *Joseph A. Bevilacqua, Anthony DeSimone,* for appellant. *Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for appellee.

## May 15, 1975.

M. P. No. 74-53. HENRY LAPLUME *v.* JAMES W. MULLEN, *Warden.* Motion of the petitioner to strike the instant case from the May 1975 argument calendar is denied. *John D. Lynch,* for petitioner. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for respondent.

M. P. No. 75-111. CITY OF WARWICK *v.* WARWICK REGULAR FIREMEN'S ASSOCIATION *et al.* Petition for writ of certiorari is denied without prejudice to the filing of a new petition which will be in full compliance with Rule 13 of the rules of court. *William J. Toohey,* City Solicitor, for petitioner. *Thomas S. Hogan,* for respondents.